UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FJERRY, LLC,

                    Plaintiff,

        -v-

DWLL, INC.,

                    Defendant.

24-CV-516 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    Plaintiff FJerry, LLC filed a complaint on January 24, 2024. (ECF No. 1.) Defendant DWLL, Inc. was served on March 18, 2024, and a response to the complaint was due by April 8, 2024. (ECF No. 8.) Defendant has not entered an appearance, however, and no response to the complaint has been filed. Plaintiff has not moved for a default judgment.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from Defendant or Defendant's counsel regarding a response to the complaint.

    If Plaintiff fails by May 13, 2024 to either (1) file a letter concerning the status of the case, or (2) move for default judgment against Defendant, the action may be dismissed for failure to prosecute.

    Plaintiff is directed to serve a copy of this order by mail on Defendant.

    SO ORDERED.

Dated: April 22, 2024
       New York, New York

                                            J. PAUL OETKEN
                                            United States District Judge