UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FJERRY, LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　　-v-<br><br>DWLL, INC.,<br><br>　　　　　　　　Defendant. | 24-CV-516 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

On April 22, 2024, the Court ordered Plaintiff FJerry, LLC to either file a letter concerning the status of the case or move for default judgment against Defendant DWLL, Inc. (ECF No. 9.) On April 23, 2024, Plaintiff filed a letter informing the Court that Plaintiff's counsel has been in communication with Defendant's counsel, who indicated that Defendant would be filing a motion to dismiss. (ECF No. 10.)

Defendant DWLL, Inc. is directed to appear through counsel and move, answer, or otherwise respond to the complaint on or before April 29, 2024. Defendant is warned that if it fails to do so, it risks being deemed in default by the Court.

Plaintiff is directed to serve a copy of this order by mail on Defendant.

SO ORDERED.

Dated: April 24, 2024
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　J. PAUL OETKEN
　　　　　　　　　　　　　　　　　　　　United States District Judge